No. 583. BROTHERHOOD OF RAILROAD TRAINMEN *v.* VIRGINIA EX REL. VIRGINIA STATE BAR. Supreme Court of Appeals of Virginia. Certiorari granted. *Beecher E. Stallard, John J. Naughton* and *Edward B. Henslee, Jr.* for petitioner. *Aubrey R. Bowles, Jr.* and *Aubrey R. Bowles III* for respondent.

No. 403. BANCO NACIONAL DE CUBA *v.* SABBATINO, RECEIVER, ET AL. Motion of *Winthrop S. Emmet* for leave to withdraw his appearance as counsel for respondents granted. Motion of Cuban-American Sugar Co. et al. for leave to file a brief, as *amici curiae,* and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. *Victor Rabinowitz* and *Leonard B. Boudin* for petitioner. *Joseph Slavin* for Sabbatino, and *C. Dickerman Williams* for Farr et al., respondents. *Solicitor General Cox* for the United States in support of the petition. *John G. Laylin* for Cuban-American Sugar Co. et al., as *amici curiae,* in opposition.

No. 659. YIATCHOS *v.* YIATCHOS, EXECUTRIX, ET AL. Supreme Court of Washington. Certiorari granted. The Solicitor General is invited to file a brief expressing the views of the United States. *Richard G. Jeffers* for petitioner.